STATE v. COCKERHAM

No. 182P98

Case below: 129 N.C.App. 221

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. CORPENING

No. 159P98

Case below: 129 N.C.App. 60

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

STATE v. CRAIG

No. 257A82-2

Case below: Cabarrus County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Cabarrus County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. Bates*, 348 N.C. 29.

STATE v. DAUGHTRY

No. 412A93-4

Case below: Johnston County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Johnston County denied 8 July 1998. Petition by defendant for writ of supersedeas of the judgment of the Superior Court, Johnston County denied 8 July 1998.